IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. 2:08-cr-15-KS-MTP

KENNETH HUBBARD

ORDER

THIS CAUSE IS BEFORE THE COURT on "Motion Requesting a Judicial Recommendation Concerning Length of Residential Reentry Center Placement" filed by Kenneth Hubbard. The Court has considered the request and finds that the Bureau of Prisons is in the best position to determine the level of custody and when the halfway house placement would be appropriate. While the Movant has listed a large number of prison programs which he has completed, and the Court finds that the completed programming is impressive, the Court declines to interfere with the authority of the Bureau of Prisons to make the determination of custody level.

For those reasons the Motion Requesting Judicial Recommendation is therefore DENIED.

SO ORDERED this the ___15th___ day of February, 2019.

___s/Keith Starrett_____
UNITED STATES DISTRICT JDUGE